# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANA CHERI MORELAND, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>GOLDY LLC, et al.,<br><br>Defendant(s). | Case No.: 2:19-cv-01971-KJD-NJK<br><br>**Order To Show Cause** |

The docket reflects that Defendants were served months ago and their deadline to respond to the complaint expired long ago. *See* Docket Nos. 5-6. Defendants have never appeared. Moreover, Plaintiffs have taken no steps to advance their case. Accordingly, Plaintiffs are hereby ORDERED to show cause in writing, no later than May 4, 2020, why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: April 13, 2020

Nancy J. Koppe
United States Magistrate Judge