# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA CHERI MORELAND, et al., | Case No.: 2:19-cv-01971-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| GOLDY LLC, et al., | |
| Defendant(s). | |

Pending before the Court is an order for Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Docket No. 7. On May 1, 2020, Plaintiffs filed a response to the Court's order to show cause and a motion for entry of clerk's default. Docket Nos. 8, 9.

The Court has considered Plaintiffs' response and **DISCHARGES** the order to show cause. Docket No. 7. However, the Court expects Plaintiffs to move this case along expeditiously.

IT IS SO ORDERED.

Dated: May 4, 2020

Nancy J. Koppe
United States Magistrate Judge