# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANA CHERI MORELAND, et al., <br>     Plaintiff(s), <br> v. <br> GOLDY LLC, et al., <br>     Defendant(s). | Case No.: 2:19-cv-01971-KJD-NJK <br><br> **ORDER** |

On May 4, 2020, Plaintiffs received a Clerk's default. Docket No. 10. Plaintiffs have taken no further action to advance the case. No later than November 9, 2020, Plaintiffs must file either a motion for default judgment or a status report explaining why such a motion should not be pursued at this time.

IT IS SO ORDERED.

Dated: October 26, 2020

                                                        Nancy J. Koppe <br>
                                                      United States Magistrate Judge