**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANA CHERI MORELAND, CIELO JEAN GIBSON, DESSIE MITCHESON, IRINA VORONINA, JESSICA HINTON a/k/a JESSA HINTON, INA SCHNITZER a/k/a JORDAN CARVER, KRYSTAL FORSCUTT HIPWELL, TIFFANY TOTH GRAY, URSULA YVONNE SANCHEZ a/k/a URSULA MAYES, and PAOLA CANAS<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDY LLC d/b/a SOPHIA'S GENTLEMEN'S CLUB; NADER EL BANNA d/b/a SOPHIA'S HOOKAH LOUNGE<br><br>Defendants. | Case No. 2:19-cv-01971-KJD-NJK<br><br><br><br>**ORDER GRANTING PLAINTIFF TIFFANY TOTH GRAY'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PURSUANT TO FRCP 65** |

Pending before the Court is Plaintiff Tiffany Toth Gray's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Pursuant to FRCP 65, filed February 2, 2021. Docket No. 14. Having considered Ms. Toth's Motion, and the affidavits and exhibits attached thereto, and good cause appearing, this Court finds and orders as follows:

///

1

KRB/26470

THIS COURT FINDS that Plaintiffs filed their Complaint in this action on November 8, 2019, alleging the misappropriation and unauthorized use of Plaintiffs' images and likenesses by Defendants, Goldy LLC and Nader El Banna in advertising their strip club, Sophia's, in violation of the Lanham Act, Nevada's Right of Publicity Statute, and state law. *See* Docket No. 1.

THIS COURT FINDS that Defendants failed to respond to the Complaint or otherwise appear in this action and a Default was entered by the Clerk of the Court on May 4, 2020. *See* Docket No. 10.

THIS COURT FINDS that on November 9, 2020, Plaintiffs filed a Motion requesting that the Court enter a Default Judgment against Defendants. *See* Docket No. 13.

THIS COURT FINDS that on February 2, 2021, Plaintiff Tiffany Toth Gray ("Ms. Toth") filed her Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Pursuant to FRCP 65. Docket No. 14.

THIS COURT FINDS that Defendants have posted an image of Ms. Toth to the website for Sophia's to advertise a Super Bowl event at the strip club.

THIS COURT FINDS that Defendants did not have permission or authorization from Ms. Toth to post her image or likeness on their website or use her image or likeness for any advertising or commercial purpose.

THIS COURT FINDS that Defendants' unauthorized use of Ms. Toth's image is likely to cause confusion in the minds of consumers as to whether Ms. Toth authorized the use of her image or sponsors, supports, or is otherwise affiliated with Sophia's strip club.

THIS COURT FINDS that Ms. Toth has shown she is likely to succeed on the merits of her claims related to the misuse and unauthorized use of her image and likeness by Defendants.

THIS COURT FINDS that Ms. Toth is suffering, and will continue to suffer, irreparable harm to her image, brand, and reputation by Defendants' unauthorized use of her image and

KRB/26470

likeness in advertising and associating Ms. Toth with Sophia's and the strip club lifestyle and activities of Sophia's.

THIS COURT FINDS that after analyzing the papers and pleadings on file herein, the balance of equities and public interest favor preventing Defendants' unauthorized use and misappropriation of Ms. Toth's image, and protecting an individual's, in this case Ms. Toth's, right and ability to determine how her image and likeness will be used.

THIS COURT FINDS that Plaintiff Tiffany Toth Gray has provided notice of the instant Motion to Defendant Goldy LLC through its registered agent via hand delivery, US mail, and email.

THIS COURT FINDS that Plaintiff Tiffany Toth Gray has provided notice of the instant Motion to Defendant Nader El Banna via US mail.

THIS COURT FINDS that the above facts show good cause for, and warrant the issuance of the relief requested in Ms. Toth's Motion.

THIS COURT FINDS that Ms. Toth has prevailed on a significant issue in this litigation which has achieved a benefit sought in bringing suit, and therefore, there exists good cause for an award of attorney fees incurred for bringing this Motion.

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES** that Plaintiff Tiffany Toth Gray's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Pursuant to FRCP 65 (the "Motion") is **GRANTED**.

**THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES** that Defendants Goldy LLC and Nader El Banna must immediately cease using any image of Ms. Toth for commercial and/or advertising purposes. Specifically, Defendants must immediately remove the image of Ms. Toth being used to advertise Sophia's Super Bowl event, which is attached to this Order as Exhibit A, from the website for Sophia's strip club.

KRB/26470

**THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES** that Defendants Goldy LLC and Nader El Banna are enjoined from using any image or likeness of Ms. Toth to advertise or promote Sophia's in any way, or for any other commercial purpose.

**THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES** that the restrictions imposed by this Order shall remain in force and effect until a final judgment is entered in this matter.

**THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES** that Ms. Toth's request for an award of attorney's fees and costs incurred in bringing her Motion is **GRANTED**. Ms. Toth's counsel is to submit a verified memorandum of fees and costs within 14 days of this Order, for review and approval of this Court as to the amount of attorney's fees awarded.

**IT IS SO ORDERED.**

DATED this 4th day of February, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

ALVERSON TAYLOR & SANDERS

*/s/ David M. Sexton*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
*Attorneys for Plaintiffs*

N:\CLIENTS\26400\26470\pleading\Proposed Order re Emergency Motion for PI and TRO.docx

Sophias Gentlemens Club Las Vegas - Sophias Gentlemens Club was voted #1 Luxury strip club and topless Strip Club in Las Vegas - Chromium
Sophias Gentlemens Club Las Ve
sophiasstripclub.com
3500 W Naples Dr, Las Vegas, NV 89103
(702) 982-6777
Click to text for a FREE Ride
Sophia's
HOME
VIP PACKAGES
FREE RIDE
EMPLOYMENT
ABOUT
CONTACT
CHECKOUT
February 7th
BIG GAME
SUNDAY
WATCH THE GAME ON HUGE 4K HD PROJECTORS
AND ENJOY OUR TAILGATE BUFFET!
FOR RESERVATIONS :
CALL 702.982.6777
OR SEE A HOST
3500 W. NAPLES DRIVE
SophiasStripClub.com
The Cosmopolitan of Las Vegas
Planet Hollywood
Harmon
N
11:22 AM
01/31/2021

