UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANA CHERI MORELAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDY LLC d/b/a SOPHIA'S GENTLEMEN'S CLUB; NADER EL BANNA d/b/a SOPHIA'S HOOKAH LOUNGE, <br><br> Defendants. | Case No. 2:19-cv-01971-KJD-NJK <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT ON DAMAGES** |

Before the Court is Plaintiffs' Motion for Judgment on Damages (ECF #20). Defendants, who previously had default judgment ordered against them for their failure to appear in the action, did not respond to the motion.

Plaintiffs filed their original complaint against Defendants on November 8, 2019. (ECF #17, at 1). Defendants failed to answer the complaint or defend the action in any way. Id. The Clerk of the Court entered default against Defendants on May 4, 2020. Id. Pursuant to the Court's order, Plaintiffs filed a motion for default judgment on November 9, 2020. Defendants still did not appear in the action and the Court found good cause to grant default judgment on February 3, 2021. Id. at 6. The Court then ordered Plaintiffs to file a motion for judgment on damages. Id. Plaintiffs timely filed the motion and Defendants have failed to respond.

Plaintiffs' expert report details the methodology that the expert used in evaluating each Plaintiffs' daily rate and expenses, the fair market value of the photos used, and the potential impact on each Plaintiffs' career that association with the gentlemen's club may have. (ECF #20-1, at 9–13). After considering the relevant factors, the report indicates that each model suffered damages ranging from $30,000 to $500,000. Id. at 16. The total damages suffered by Plaintiffs is reported as $965,000. Id. The Court finds that Plaintiffs' expert meets the requirements as laid

out in Federal Rule of Evidence 702 and grants Plaintiffs' motion.

I. Conclusion

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Judgment on Damages (ECF #20) is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Plaintiffs and against Defendants in the amount of $965,000.

IT IS FINALLY ORDERED that Plaintiffs submit a bill of costs and motion for fees according to Local Rule 54.

Dated this 19th day of May, 2021.

Kent J. Dawson
United States District Judge