# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANA CHERI MORELAND, et al.,

        Plaintiff,

v.

GOLDY LLC d/b/a SOPHIA'S GENTLEMEN'S CLUB; NADER EL BANNA d/b/a SOPHIA'S HOOKAH LOUNGE,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01971-KJD-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiffs and against Defendants in the amount of $22,995.

6/23/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk